FILED

2003 AUG 22 P 12: 13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN SUCHINSKI,<br>Plaintiff | : | CIVIL ACTION<br>NO. 3:02 CV 2283 (SRU) |
| V. | : | |
| CITY OF BRISTOL, AND JOHN DIVENERE,<br>Defendants. | : | AUGUST 21, 2003 |

### MOTION FOR STAY DUE TO LIQUIDATION

Pursuant to General Statutes § 38a-851(a) and the July 25, 2003 Order of the Commonwealth Court of Pennsylvania, the defendants, City of Bristol (the "City") and John DiVenere, respectfully move the Court to stay this action for six (6) months, up to and including January 28, 2004, or until such time as the Connecticut Insurance Guaranty Association gives notice assuming control of the file, whichever is later. In support of this Motion, the defendants submit the following:

Pursuant to court order issued July 25, 2003, by the Commonwealth Court of Pennsylvania in the matter of <u>M. Diane Koken, Insurance Commissioner of the Commonwealth of Pennsylvania v. Legion Insurance Company</u>, Docket No. 183 MD 2002, Legion Insurance Company ("Legion") has been declared insolvent and ordered to be liquidated effective July 28, 2003. The Order of Liquidation (copy attached) specifically states in Paragraph 24 as follows:

> Unless otherwise agreed to by the Liquidator or by the relevant guaranty associations, all actions in which Legion is or may be obligated to defend a party in any court of law are stayed to the extent provided by applicable law, subject to further order of the

GRANTED; ABSENT OBJECTION.
SO ORDERED.
Stefan R. Underhill, U.S.D.J.

**HALLORAN**
**& SAGE LLP**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105