# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN SUCHINSKY | : | |
| | : | Civ. Action No. |
| v. | : | 3:02 CV 2283 (SRU) |
| | : | |
| CITY OF BRISTOL, ET AL. | : | |

## <u>ORDER LIFTING STAY</u>

On November 24, 2003, the court issued an order staying this case until January 28, 2004.

No requests for continuance having been received, it is hereby

ORDERED that the stay in this case is lifted.

It is so ordered.

Dated at Bridgeport this 26th day of February 2004.


　　　　　/s/ Stefan R. Underhill
　　　　　　　Stefan R. Underhill
　　　　　　　United States District Judge