UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN SUCHINSKI, | : | CIVIL ACTION |
| Plaintiff | | NO.  3:02 CV 2283 (SRU) |
| V. | : | |
| CITY OF BRISTOL, AND JOHN DIVENERE, | : | |
| Defendants. | : | SEPTEMBER 15, 2004 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. P. 7(b), the Defendants, City of Bristol (the "City") and John DiVenere (collectively the "Defendants"), respectfully move the Court for a thirty (30) day extension of time, up to and including Friday, October 15, 2004, within which to file closing documents in this case.  On August 16, 2004, the Court entered an order stating that this case was reported settled to the Court on August 16, 2004.  The Court further ordered that an order of dismissal will enter on September 15, 2004 unless closing papers are filed on or before that date.  The Defendants require the additional time to complete the settlement documents in this case.  In the alternative, the Defendants require the additional time for this Court to retain jurisdiction over this matter in order for the Defendants to file a motion to enforce the settlement agreement.

This is the Defendant's first motion for extension of time with respect to this time limitation.  The undersigned counsel has contacted counsel for the Plaintiff, Eric R. Brown, Esq., who consents to this motion.



WHEREFORE, the Defendants respectfully move the Court to enter to grant their motion for a thirty day (30) extension of time to file closing papers in this case.

RESPECTFULLY SUBMITTED,

THE DEFENDANTS:
CITY OF BRISTOL AND JOHN DIVENERE

By_____
James M. Sconzo and
Fed. Bar #ct04571
Kevin R. Brady
Fed. Bar #ct22135
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 15th day of September 2004, I hereby mailed a copy of the foregoing to:

Eric R. Brown, Esq.
Secor, Cassidy & McPartland
41 Church Street
Waterbury, CT 06702

_____
Kevin R. Brady

5936951(HSFP)

One Goodwin Square          Phone (860) 522-6103
225 Asylum Street           Fax (860) 548-0006
Hartford, CT 06103          Juris No. 26105