UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN SUCHINSKI, | : | CIVIL ACTION |
| Plaintiff | | NO. 3:02 CV 2283 (SRU) |
| V. | : | |
| CITY OF BRISTOL, AND JOHN DIVENERE, | : | |
| Defendants. | : | OCTOBER 21, 2004 |

## MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC*

Pursuant to D. Conn. L. Civ. P. 7(b), the Defendants, City of Bristol (the "City") and John DiVenere (collectively the "Defendants"), respectfully move the Court for a thirty (30) day extension of time, *nunc pro tunc*, up to and including Monday, November 15, 2004, within which to file closing documents in this case. On August 16, 2004, the Court entered an order stating that this case was reported settled to the Court on August 16, 2004. On September 15, 2004, the Defendants had moved for an extension of time up to and including October 15, 2004, within which to file closing documents in this case. The Plaintiff executed the settlement agreement on or about October 12, 2004 and the Defendants are awaiting approval of the settlement agreement from City Council. In addition, the undersigned counsel was on a previously scheduled vacation from October 2, 2004 through October 18, 2004, and therefore was unable to file a motion for extension of this deadline. As such, the parties require the additional time to finalize and execute the settlement agreement in this case.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This is the Defendants' second motion for extension of time with respect to this time limitation. The undersigned counsel has contacted counsel for the Plaintiff, Eric R. Brown, Esq., but has been unable to determine his position on this motion.

WHEREFORE, for good cause shown, the Defendants respectfully move the Court to grant their motion for extension of time *nunc pro tunc*, up to and including November 15, 2004 to file closing documents in this case.

RESPECTFULLY SUBMITTED,

THE DEFENDANTS:
CITY OF BRISTOL AND JOHN DIVENERE

By_____
James M. Sconzo and
Fed. Bar #ct04571
Kevin R. Brady
Fed. Bar #ct22135
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

2

One Goodwin Square        HALLORAN        Phone (860) 522-6103
225 Asylum Street         & SAGE LLP      Fax (860) 548-0006
Hartford, CT 06103                        Juris No. 26105

**<u>CERTIFICATION</u>**

      This is to certify that on this 21st  day of October 2004, I hereby mailed a copy of the foregoing to:

Eric R. Brown, Esq.
Secor, Cassidy & McPartland
41 Church Street
Waterbury, CT 06702

                                                                                                                                           _____
                                                                                                                                           Kevin R. Brady

607284.1)



One Goodwin Square     HALLORAN     Phone (860) 522-6103
225 Asylum Street     & SAGE LLP     Fax (860) 548-0006
Hartford, CT 06103                       Juris No. 26105