UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN SUCHINSKI, | : | CIVIL ACTION |
| Plaintiff | | NO. 3:02 CV 2283 (SRU) |
| V. | : | |
| CITY OF BRISTOL, AND JOHN DIVENERE, | : | |
| Defendants. | : | NOVEMBER 2, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. P. 7(b), the Defendants, City of Bristol (the "City") and John DiVenere (collectively the "Defendants"), respectfully move the Court for a forty-five (45) day extension of time, up to and including Thursday, December 30, 2004, within which to file closing documents in this case. On November 1, 2004, the Court entered an order granting the Defendants' motion for extension of time to file closing documents in this case, up to and including November 15, 2004.

The defendants require the additional time to obtain consent of the City Council (the "Council") and the Board of Finance (the "Board") for the settlement agreement executed by the Plaintiff in this case. Subsequent to the filing of the Defendants' second motion for extension of time regarding this deadline, the City Council scheduled its hearing for approval of the settlement agreement for November 9, 2004. The Board must then approve the settlement agreement prior to returning to a joint session of the Board and Council for final approval scheduled for December 14, 2004. The Defendants will then require the additional time to obtain all signatures to the settlement

agreement including the stipulation of dismissal for filing with the Court.  This is the Defendants' third motion for extension of time with respect to this time limitation.  The undersigned counsel has contacted counsel for the Plaintiff, Eric R. Brown, Esq., who consents to this motion.

    WHEREFORE, for good cause shown, the Defendants respectfully move the Court to grant their motion for extension of time up to and including December 30, 2004 to file closing documents in this case.

    RESPECTFULLY SUBMITTED,

    THE DEFENDANTS:
    CITY OF BRISTOL AND JOHN DIVENERE

By_____
    James M. Sconzo and
    Fed. Bar #ct04571
    Kevin R. Brady
    Fed. Bar #ct22135
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103



One Goodwin Square     HALLORAN & SAGE LLP     Phone (860) 522-6103
225 Asylum Street                                               Fax (860) 548-0006
Hartford, CT 06103                                            Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 2nd of November 2004, I hereby mailed a copy of the foregoing to:

Eric R. Brown, Esq.
Secor, Cassidy & McPartland
41 Church Street
Waterbury, CT 06702

                                                _____
                                                Kevin R. Brady

611601.1

One Goodwin Square      HALLORAN      Phone (860) 522-6103
225 Asylum Street      & SAGE LLP      Fax (860) 548-0006
Hartford, CT 06103                               Juris No. 26105