FILED

2005 JAN -3 P 2: 03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN SUCHINSKI, | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:02 CV 2283 (SRU) |
| V. | : | |
| CITY OF BRISTOL, AND JOHN DIVENERE, | : | |
| Defendants. | : | DECEMBER 22, 2004 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties in the above-referenced action, request the Court dismiss this action with prejudice, and without cost to any party.

DATED: 12/30/04                                           DATED: 12/22/04

THE PLAINTIFF:                                            THE DEFENDANTS:
Brian Suchinski

By /s/ Eric R. Brown                                       By /s/ James M. Sconzo
Eric R. Brown, Esq.                                        James M. Sconzo
Fed Bar # 13519                                            Fed. Bar #ct04571 and
Secor, Cassidy & McPartland, P.C.                          Kevin R. Brady
41 Church Street                                           Fed Bar #ct22135 of
Waterbury, CT 06702                                        HALLORAN & SAGE, LLP
(203) 757-9261                                             One Goodwin Square
                                                           225 Asylum Street
                                                           Hartford, CT 06103
                                                           (860) 522-6103

SO ORDERED:

_____
United States District Judge

630988.1(HSFP)